PER CURIAM.
 

 Appellant argues that the postconviction court erred in denying his motion following an evidentiary hearing without making findings of fact and conclusions of law. The state concedes that remand is required. We agree and reverse and remand for the judge who presided over the evidentiary hearing to enter an order containing factual findings and legal conclusions.
 
 See
 
 Fla. R.Crim. P. 3.850(d);
 
 Dillbeck v. State,
 
 882 So.2d 969, 973 (Fla.2004);
 
 Marshall v. State,
 
 959 So.2d 1245 (Fla. 4th DCA 2007).
 

 Reversed and, Remanded.
 

 POLEN, GROSS and CONNER, JJ., concur.